**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6659**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN DANIEL LEASURE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (CR-95-54, CA-98-377-2)

_____

Submitted:  November 4, 1999          Decided:  December 20, 1999

_____

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

John Daniel LeaSure, Appellant Pro Se.  Arenda L. Wright Allen, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Daniel LeaSure seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). The district court has since entered an order vacating and rescinding the appealed from order. Accordingly, we deny a certificate of appealability and dismiss the appeal for lack of jurisdiction.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Because of the procedural history of this case, LeaSure retains his right to file a § 2255 motion, if necessary, following disposition of his direct appeal without seeking permission pursuant to 28 U.S.C.A. § 2244 (West 1994 & Supp. 1999).